SCWC-11-0000999

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SAINGOEN DAVIS, Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

GARY W. VANCIL; MARK VAN PERNIS; VAN PERNIS-VANCIL,
A Law Corporation, Respondents/Defendants/Cross-Claim
Plaintiffs-Appellees/Cross-Appellants,
and
NICHOLLE DAVIS, Respondent/Defendant/Cross-Claim
Defendant-Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000999; CIV. NO. 08-1-352K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant/Cross-Appellee Saingoen Davis's application for writ of certiorari filed on October 19, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 2, 2015.

James J. Bickerton          /s/ Mark E. Recktenwald
for petitioner
                            /s/ Paula A. Nakayama
Keith K. Hiraoka,
James Shin, and             /s/ Sabrina S. McKenna
Jodie D. Roeca
for respondents             /s/ Richard W. Pollack
Gary W. Vancil,
Mark Van Pernis, and        /s/ Michael D. Wilson
Van Pernis-Vancil,
a Law Corporation

